**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STERLING P. BEATTY, | ) |
| Petitioner, | ) 2:13-cv-00764-JCM-PAL |
| vs. | ) |
| D. NEVENS, *et al.*, | ) ORDER |
| Respondent. | ) |

Petitioner Sterling P. Beatty filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. He was required to amend the application, which he has done. ECF No. 4. Based on the information provided it appears that petitioner is able to pay the full $5 filing fee. The application to proceed in *forma pauperis* will be denied.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed in *forma pauperis* (ECF No. 4) is **DENIED.** Petitioner shall have thirty (30) days from the date on which this order is entered to pay the required $5.00 filing fee. The clerk shall retain the petition but not file it at this time.

Dated this  31st  day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE