UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STERLING P. BEATTY,                )
                                   )
          Petitioner,            )      2:13-cv-00764-JCM-PAL
                                   )
vs.                                )
                                   )      ORDER
D. NEVENS, *et al.*,               )
                                   )
          Respondent.            )

      Petitioner Sterling P. Beatty filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. He was required to pay the filing fee, which he has done. ECF No. 8.

      The court has reviewed the petition prior to services, as required by the Rules Governing Section 2254 Cases (§ 2254 Rules), Rule 4. Federal statute and the § 2254 Rules specify a particular form for the petition and require that the petition be verified or signed under oath. 28 U.S.C. § 2242; Rule 2(c)(5). This petition does not contain the required signature or verification by petitioner. Therefore, petitioner will be given an opportunity to amend the petition to provide that necessary signature and verification. Once a proper and complete petition is filed with the court, the petition and motions for counsel and for an evidentiary hearing will be entertained.

      **IT IS THEREFORE ORDERED** that clerk shall send to petition a copy of the petition as well as a blank signature and verification page for a § 2254 petition**.** Petitioner shall have thirty (30) days

from the date on which this order is entered to return the petition including the required signatures. The clerk shall retain the original petition but not file it at this time.

Dated this 28th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

2