# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STERLING P. BEATTY,<br><br>     Petitioner,<br><br>vs.<br><br>D. NEVENS, et al.,<br><br>     Respondents. | Case No. 2:13-cv-00764-JAD-PAL<br><br>**O R D E R** |

**IT IS ORDERED** that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED:   November 8, 2013.

_____
JENNIFER A. DORSEY
United States District Judge