# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STERLING P. BEATTY, | |
| Petitioner, | Case No. 2:13-cv-00764-JAD-PAL |
| vs. | **O R D E R** |
| D. NEVENS, et al., | |
| Respondents. | |

**IT IS ORDERED** that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED:  November 8, 2013.

_____
JENNIFER A. DORSEY
United States District Judge