# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STERLING P. BEATTY,

    Petitioner,

vs.

D. NEVENS, et al.,

    Respondents.

Case No. 2:13-cv-00764-JAD-PAL

**ORDER**

    Before the court are petitioner's motion to preclude prosecution from filing a response (#34) and respondents' opposition (#36). The court's order directing a response contemplated respondents filing a motion to dismiss, and respondents filed their motion to dismiss (#22) within the time allowed by the court's orders.

    **IT IS THEREFORE ORDERED** that petitioner's motion to preclude prosecution from filing a response (#34) is **DENIED**.

    Dated: August 5, 2014.

                                                      _____
                                                      JENNIFER A. DORSEY
                                                      United States District Judge