UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Sterling P. Beatty,

    Petitioner,

v.

D. Neven, et al.,

    Respondents.

2:13-cv-00764-JAD-PAL

**Order**
**[#47]**

In this habeas corpus action, on May 21, 2015, the respondents filed a motion for extension of time (Doc. 47), requesting a second extension of time for their answer. The time for the answer was previously extended by 45 days, to May 21, 2015. *See* Order entered April 8, 2015, (Doc. 46). Respondents request a further extension of time to June 29, 2015, (a 39-day extension; not a 45-day extension, as respondents characterize it).

The court finds that respondents' motion for a second extension of the deadline for their answer is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The court will grant the motion for a second extension of time.

*The court will not look favorably, however, upon any motion to further extend this deadline.*

IT IS THEREFORE ORDERED that respondents' Motion for Extension of Time **(Doc. 47) is GRANTED**. Respondents shall have until and including **June 29, 2015**, to file their answer.

IT IS FURTHER ORDERED that petitioner will have 45 days after respondents' answer is filed to file a reply.

Dated this 22nd day of May, 2015.

_____
Jennifer A. Dorsey
United States District Judge